RIVIERA REALTY COMPANY, Respondent, *v.* ILLINOIS SURETY COMPANY, Appellant.

*Riviera Realty Co.* v. *Illinois Surety Co.,* 173 App. Div. 935, affirmed.

(Argued January 15, 1919; decided February 4, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was upon a bond given by the defendant as surety for the performance of a contract between the plaintiff and one John Barba, for the rough and finished carpenter work necessary for the erection of an apartment house known as " The Riviera " on Riverside Drive between One Hundred and Fifty-sixth and One Hundred and Fifty-seventh streets, borough of Manhattan, New York city, to recover the expense and for damages for delay alleged to have been incurred by the plaintiff as owner, due to the default of the con-

tractor in the completion of the work as called for by his contract.

*A. J. Rose, L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Sol Kohn* and *Mark Ash* for respondent.

Judgment modified upon consent of plaintiff's counsel by deducting therefrom the sum of $1,500 and interest thereon from February 15, 1911, to November 23, 1915, and as modified affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.